PROB 12C
(7/93)

Report Date: June 8, 2015

## United States District Court

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Ronald L. Smith                Case Number: 2:08CR00032-JLQ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: April 2, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 1, 2018 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Ronald Smith violated the conditions of his supervised release in Spokane, Washington, by operating a vehicle without a valid driver's license. On May 30, 2015, the offender was contacted by Spokane police officers during a traffic stop. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Ronald Smith violated the conditions of his supervised release in Spokane, by being in possession of drug paraphernalia. During the referenced traffic stop on May 30, 2015, police officers found a pipe commonly used to consume methamphetamine, and used syringes in the vehicle operated by the offender. |

Prob12C
Re: Smith, Ronald L.
June 8, 2015
Page 2

3     **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

         **Supporting Evidence**: Ronald Smith violated the conditions of his supervised release in Spokane, on May 30, 2015, by associating with four known felons who were occupants in the vehicle he was operating. One female occupant was arrested for an outstanding warrant during the traffic stop.

4     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: Ronald Smith violated the conditions of his supervised release in Spokane, on May 11, and June 2, 2015, by failing to report for required urinalysis testing.

5     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: Ronald Smith violated the conditions of his supervised release in Spokane, on June 3, and 5, 2015, by consuming controlled substances. Specifically, on June 5, 2015, Mr. Smith appeared in the U.S. Probation Office and self-reported consuming methamphetamine on June 3, 2015, and marijuana on June 5, 2015. An admission of drug use form was signed.

6     **Special Condition # 14**: You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

         **Supporting Evidence**: Ronald Smith violated the conditions of his supervised release in Spokane, by failing to participate in mental health counseling since supervision commenced on April 2, 2015.

7     **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

         **Supporting Evidence**: Ronald Smith violated the conditions of his supervised release in Spokane, on June 5, 2015, by failing to remain at Detox as directed, and participate in any recommended substance abuse treatment.

Prob12C
Re: Smith, Ronald L.
June 8, 2015
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 8, 2015

s/Tommy Rosser

Tommy Rosser
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/8/15
Date