PROB 12C
(7/93)

Report Date: January 4, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald L. Smith            Case Number: 2:08CR00032-JLQ-1

Address of Offender: ▮▮▮▮▮▮ Airway Heights, Washington 99001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 92 months            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:  Timothy J. Ohms             Date Supervision Commenced: April 2, 2015

Defense Attorney:     Meredith Esser             Date Supervision Expires: April 1, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime.

                      **Supporting Evidence:** Ronald Smith violated the terms of his supervised release in Airway Heights, Washington, on about January 1, 2016, by failing to obey all laws. Specifically, Mr. Smith was arrested and charged with first degree armed burglary, second degree theft and four counts of theft of a firearm. He is scheduled for his initial appearance in Spokane County Superior Court on Monday, January 4, 2016, at 1:30 pm.

2                     **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                      **Supporting Evidence:** Ronald Smith violated the terms of his supervised release in Spokane, Washington, on or about December 16, 2015, by consuming a controlled substance, marijuana.

Prob12C
Re: Smith, Ronald L.
January 4, 2016
Page 2

| | |
|---|---|
| 3 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence:** Ronald Smith violated the terms of his supervised release on or about December 23, 2015. Mr. Smith was contacted by local law enforcement as he was walking down the street. At the time, law enforcement was looking for a suspect regarding a stolen vehicle complaint. Mr. Smith was released as it was determined he was not related to the stolen vehicle case. Mr. Smith failed to report this law enforcement contact to the U.S. probation officer.

| | |
|---|---|
| 4 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

**Supporting Evidence:** Ronald Smith violated the terms of his supervised release in Spokane, Washington, on or about December 23, 2015, by being unsuccessfully discharged from outpatient substance abuse treatment at Alcohol Drug Education Prevention and Treatment (ADEPT).

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/04/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Jan. 4, 2016
Date