PROB 12C
(6/16)

Report Date: July 11, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 11, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald L. Smith                Case Number: 0980 2:08CR00032-WFN-1

Address of Offender: unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 18, 2017) | Prison - 213 Days;<br>TSR - 24 Months | |
| Asst. U.S. Attorney: | Tim Ohms | Date Supervision Commenced: April 25, 2022 |
| Defense Attorney: | Amy Ruben | Date Supervision Expires: April 24, 2024 |

## PETITIONING THE COURT

To issue a summons.

On April 25, 2022, a supervision intake was completed with Mr. Smith. Mr. Smith's judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You shall abstain the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about June 26 and 27, 2022.<br><br>On June 28, 2022, during a telephone conversation with Mr. Smith, he admitted to consuming methamphetamine on June 26, 2022. |

Prob12C
Re: Smith, Ronald L.
July 11, 2022
Page 2

On June 30, 2022, Mr. Smith reported to the United States Probation Office. He submitted to a urinalysis which tested presumptive positive for methamphetamine. Mr. Smith admitted use and signed a drug use admission form indicating he used methamphetamine on June 27, 2022.

2   **Special Condition # 9**:You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by consuming alcohol on or about June 26 and 27, 2022.

On June 28, 2022, during a telephone conversation with Mr. Smith, he admitted to consuming alcohol on June 26, 2022.

On June 30, 2022, Mr. Smith reported to the United States Probation Officer. Mr. Smith admitted consuming alcohol and signed an admission form indicating he consumed alcohol on June 27, 2022.

3   **Special Condition # 5**:You shall abstain the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by consuming a controlled substance, marijuana, on or about June 26, 2022.

On June 28, 2022, during a telephone conversation with Mr. Smith, he admitted to consuming marijuana, on June 26, 2022.

4   **Special Condition # 5**:You shall abstain the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about July 6, 2022.

On July 6, 2022, during a telephone conversation with Mr. Smith, he admitted to consuming methamphetamine on July 6, 2022.

5   **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with ), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Prob12C
Re: Smith, Ronald L.
July 11, 2022
Page 3

**Supporting Evidence** : It is alleged that Ronald Smith violated the terms of his supervised release by failing to report a change in residence on or about June 22, 2022.

On June 28, 2022, Mr. Smith disclosed that he had been terminated from his residence, an Oxford House, which is a clean and sober house. He then disclosed that he was terminated on June 22, 2022, but was too scared to notify the undersigned.

6     **Special Condition # 1**: The defendant shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the Court. The defendant shall allow reciprocal release of information between the supervising officer and treatment provider. The defendant shall contribute to the cost of treatment according to his ability to pay.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to appear for a mental health counseling session on or about June 21, 2022.

On May 17, 2022, Mr. Smith completed a mental health evaluation in which it was recommended that he attend two individual counseling sessions per month with Robert Shepard.

On June 21, 2022, Robert Shepard reported that Mr. Smith failed to attend a counseling session that same day.

7     **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to appear for a random urinalysis on or about June 27, 2022.

Mr. Smith is enrolled in random drug testing in which he is required to call the testing line daily to determine if he has to report to Pioneer Human Services (PHS) for drug testing that same day.

On June 27, 2022, he failed to appear for a random drug test at PHS.

8     **Special Condition #4**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to attend substance abuse treatment sessions on or about June 24 and 29, 2022.

Prob12C
Re: Smith, Ronald L.
July 11, 2022
Page 4

|   |   |
|---|---|
|   | Mr. Smith is enrolled in intensive outpatient substance abuse treatment at Pioneer Human Services (PHS), which requires him to attend groups via Zoom 3 days per week.  PHS reported Mr. Smith failed to attend groups on June 24 and 29, 2022. |
| 9 | **Standard Condition # 5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with ), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
|   | **Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to reside at the Union Gospel Mission (UGM), as directed, on or about June 30, 2022, or since. |
|   | On June 30, 2022, Mr. Smith reported to the United States Probation Office.  Due to his recent termination from a local clean and sober house (see violation number 5), other housing options were discussed.  Mr. Smith was directed, and he agreed, to reside at the UGM, at least while other housing options were explored. |
|   | Mr. Smith failed to report to the UGM as directed.  On July 6, 2022, he admitted to not going to the UGM, but instead sleeping at a local homeless camp. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/11/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

7/11/2022
Date