PROB 12C
(6/16)

Report Date: June 13, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2023

SEAN F. MCAVOY, CLERK

Name of Offender: Ronald L. Smith              Case Number: 0980 2:08CR00032-WFN-1

Last Known Address: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 18, 2017) | Prison - 213 days<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: April 25, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 24, 2024 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2022.

On April 25, 2022, a supervision intake was completed with Mr. Smith. Mr. Smith's judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court of the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to report to the United States Probation Office as directed, on or about June 12, 2023.<br><br>On June 9, 2023, the undersigned officer was informed by Mr. Smith's former girlfriend that they had ended their relationship and Mr. Smith had moved out the evening prior. That same day, efforts were made to reach Mr. Smith by phone and via text messaging. A voice and a |

Prob12C  
Re: Smith, Ronald L.  
June 13, 2023  
Page 2

text message was sent directing him to report to the probation office on Monday, June 12, 2023, by 10 a.m. That same evening, Mr. Smith responded via text messaging indicating he would report as directed.

On June 12, 2023, Mr. Smith failed to report. He has not contacted the probation office and the service on his phone has since been cancelled.

11      **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with ), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to report a change in residence on or about June 8, 2023, or since.

On June 9, 2023, the undersigned officer was informed by Mr. Smith's former girlfriend that they had ended their relationship and Mr. Smith had moved out the evening prior. That same day efforts were made to reach Mr. Smith by phone and via text messaging. A voice and a text message was sent directing him to report to the probation office on Monday, June 12, 2023, by 10 a.m. That same evening, Mr. Smith responded via text messaging indicating he would report as directed.

Mr. Smith failed to report and has not provided a current address. His whereabouts are currently unknown.

12      **Special Condition #5**:You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to appear for a random urinalysis on or about June 12, 2023.

Mr. Smith is enrolled in random drug testing in which he is required to call the testing line daily to determine if he has to report to Pioneer Human Services (PHS) for drug testing that same day.

On June 12, 2023, he failed to appear for a random drug test at PHS.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT**.

Prob12C
Re: Smith, Ronald L.
June 13, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 13, 2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/13/2023

Date