PROB 12C
(6/16)

Report Date: June 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald L. Smith                    Case Number: 0980 2:08CR00032-WFN-1

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 92 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation               Prison - 213 days
Sentence:                TSR - 24 months
(May 18, 2017)

Asst. U.S. Attorney:     Dan Fruchter                  Date Supervision Commenced: April 25, 2022

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: April 24, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/11/2022 and 6/13/2023.

On April 25, 2022, a supervision intake was completed with Mr. Smith. Mr. Smith's judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition # 5**: You shall abstain the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by consuming a controlled substance, methamphetamine and marijuana, on or about June 10, 11 and 12, 2023. |
| | On June 14, 2022, Mr. Smith reported to the United States Probation Office. He admitted to consuming both methamphetamine and marijuana on the dates specified and signed a drug |

Prob12C
**Re: Smith, Ronald L.**
**June 14, 2023**
**Page 2**

    use admission form. A urinalysis was collected. The sample was presumptive positive for both methamphetamine and marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

          I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/14/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/14/2023
Date