PROB 12C
(6/16)

Report Date: July 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald L. Smith                                              Case Number: 0980 2:08CR00032-WFN-1

Address of Offender: ▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 92 months; TSR - 36 | Type of Supervision: | Supervised Release |
| Revocation Sentence: (May 18, 2017) | Prison - 213 days TSR - 24 months | | |
| Asst. U.S. Attorney: | Dan Fruchter | Date Supervision Commenced: | April 25, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | April 24, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/11/2022, 6/13/2023 and 6/14/2023.

On April 25, 2022, a supervision intake was completed with Mr. Smith. Mr. Smith's judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to remain at the United States Probation Office (USPO) as directed, on or about July 13, 2023.<br><br>On July 12, 2023, Mr. Smith was discharged from inpatient treatment with Spokane Addiction and Recovery Centers (SPARC). On July 13, 2023, he reported to the USPO. He was advised to remain in the office while the probation officer worked to have him placed |

Prob12C
**Re: Smith, Ronald L.**
**July 17, 2023**
**Page 2**

at another inpatient facility. SPARC ultimately contacted the probation officer and advised that they looked further into the situation that caused him to be discharged. They determined there was not enough information to verify some of the incident. They advised they were approved to override his assessment, and considered him successfully completed. SPARC scheduled him to attend an intake appointment to be enrolled in their intensive outpatient integrated services program. The probation officer attempted to contact Mr. Smith in the probation lobby to advise him of the update, however, Mr. Smith had left the building without approval of the probation officer. Mr. Smith does not have a viable address or a personal telephone at this time. The probation officer was able to make contact with Mr. Smith's mother by telephone. However, she did not know his whereabouts. She agreed to encourage him to report back to the USPO if she heard from him.

Mr. Smith has not made contact with the USPO since he departed the probation office on July 13, 2023. His whereabouts are currently unknown.

15        **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with ), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Ronald Smith violated the terms of his supervised release by failing to report a change in residence, on or about July 13, 2023 or since.

On July 12, 2023, Mr. Smith was discharged from inpatient treatment with Spokane Addiction and Recovery Centers (SPARC). On July 13, 2023, he reported to the USPO. He was advised to remain in the office while the probation officer worked to have him placed at another inpatient facility. Staff with SPARC ultimately contacted the probation officer and advised that they looked further into the situation that caused him to be discharged. They determined there was not enough information to verify some of the incident. They advised they were approved to override his assessment, and considered him successfully completed. SPARC scheduled him to attend an intake appointment to be enrolled in their intensive outpatient integrated services program. The probation officer attempted to contact Mr. Smith in the lobby to advise him of the update, however, Mr. Smith had left the building without approval of the probation officer. Mr. Smith does not have a viable address or a personal telephone at this time. The probation officer was able to make contact with Mr. Smith's mother by telephone. However, she did not know his whereabouts. She agreed to encourage him to report back to the USPO if she heard from him.

Mr. Smith has not been heard from since July 13, 2023, and therefore has not reported an address. His whereabouts are currently unknown.

Prob12C
Re: Smith, Ronald L.
July 17, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/17/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/17/2023
Date