PROB 12C
(6/16)

Report Date: August 10, 2023

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald L. Smith                Case Number: 0980 2:08CR00032-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months; TSR - 36 | Type of Supervision: Supervised Release |
| Revocation Sentence: (May 18, 2017) | Prison - 213 days TSR - 24 months | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: April 25, 2022 |
| Defense Attorney: | Andrea George | Date Supervision Expires: April 24, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/11/2022, 6/13/2023, 6/14/2023, and 7/17/2023.

On April 25, 2022, a supervision intake was completed with Mr. Smith. His judgment was reviewed and he signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged that Ronald Smith consumed methamphetamine on or about August 8, 2023. On August 9, 2023, Mr. Smith contacted Spokane County sheriff's deputies. He reported that he believed he was being followed and someone was out to get him. During the contact it appeared Mr. Smith's paranoia may have been drug induced. He reported to law enforcement that he injected methamphetamine the day prior. |

Prob12C
**Re: Smith, Ronald L.**
**August 10, 2023**
**Page 2**

| | | |
|---|---|---|
| | 17 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with ), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | | **Supporting Evidence**: It is alleged that Ronald Smith moved from his last known address on or about August 6, 2023, and failed to notify the probation office. Specifically, on August 9, 2023, the undersigned officer contacted the Kiernan Oxford House manager, where Mr. Smith was last known to reside. He reported that on August 5, 2023, Mr. Smith relapsed, and on Sunday, August 6, 2023, he left the Oxford House and at the time of this report he had not returned. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 10, 2023

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*(signature)*

Signature of Judicial Officer

08/10/2023
Date