PROB 12C
(6/16)

Report Date:  August 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald L. Smith                    Case Number: 0980 2:08CR00032-WFN-1

Address of Offender: ███████

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (May 18, 2017) | Prison - 213 days; TSR - 24 months | |
| Asst. U.S. Attorney: | Dan Fruchter | Date Supervision Commenced: April 25, 2022 |
| Defense Attorney: | Andrea George | Date Supervision Expires: April 24, 2024 |

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/11/2022, 6/13/2023, 6/14/2023, and 7/17/2023.

On April 25, 2022, a supervision intake was completed with Mr. Smith.  His judgment was reviewed and he signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On August 18, 2023, Ronald Smith attended his scheduled session with the Sobriety Treatment and Education Program in the custody of the U.S. Marshals Service.  At that time, he was ordered to remain in custody pending placement at an inpatient substance abuse treatment center. Specifically, he was directed by the STEP team, including the probation officer, to enter into and remain in inpatient treatment until successful completion.

On August 22, 2023, Mr. Smith was released from custody and transported to SPARC inpatient treatment facility to commence placement.

Prob12C
**Re: Smith, Ronald L.**
**August 30, 2023**
**Page 2**

On August 29, 2023, staff with SPARC left a voice mail with the U.S. Probation Office indicating Mr. Smith had left the treatment facility and was no longer participating in their program.

As of the writing of this petition, Mr. Smith has failed to contact the probation office and his current whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/30/2023

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/30/2023

Date